Loomis & Ruebush, of New York City (Homer L. Loomis, of New York City, of counsel), for appellee.

Before MANTON, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decrees (—— F. Supp. ——) affirmed.

Manuel V. DOMENECH, Treasurer, v. PORTO RICAN LEAF TOBACCO COMPANY.
No. 2838.

Circuit Court of Appeals, First Circuit.
Feb. 5, 1934.

PER CURIAM.
Appeal dismissed upon stipulation of counsel.

In the Matter of Petition of the DOWNER TOWING CORPORATION, as Owner of THE Steam Tug DOWNER NO. 14, her Tackle, etc., for Exoneration from or Limitation of Liability, Appellee.

E. C. William GERLACH, Appellant, v. CUNARD STEAMSHIP COMPANY, Appellee. Lehigh Valley Railroad Company, Claimant.
No. 127.

Circuit Court of Appeals, Second Circuit.
Jan. 8, 1934.

Harold G. Wacker, of New York City, for appellant.

Thaddeus G. Cowell, of New York City, for Cunard S. S. Co.

Edward Ash, of New York City, for Downer Towing Corporation.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Decree affirmed.

In the Matter of William DRUCKERMAN and Max Druckerman, Individually and as Copartners, doing Business under the Firm Name and Style of Pioneer Embroidery Works, and the Copartnership Pioneer Embroidery Works, Bankrupts. Abraham Straus and Irving Eliasberg, doing business as Straus & Eliasberg, a copartnership, Appellants.
No. 136.

Circuit Court of Appeals, Second Circuit.
Jan. 22, 1934.

Samuel C. Duberstein, of Brooklyn, N. Y. (Max Schwartz, of Brooklyn, N. Y., of counsel), for appellants.

Lewis, Marks & Kanter, of Brooklyn, N. Y. (Lloyd B. Kanter, of Brooklyn, N. Y., of counsel), for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

Samuel L. EDDY, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.
No. 7404.

Circuit Court of Appeals, Ninth Circuit.
Feb. 20, 1934.

Prescott W. Cookingham, of Portland, Or., for petitioner.